## No. 17,821.

L. W. PERRY *v.* THE MCMULLEN COMPANY.
(297 P. [2d] 283)

Decided May 14, 1956.   Rehearing denied June 4, 1956.

Mr. JOHN IRA GREEN, for plaintiff in error.

Messrs. MOSES & DESOUCHET, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.